# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHAD ROWE** | **CIVIL ACTION** |
| **VERSUS** | **No. 08-4354** |
| **CAL DIVE INTERNATIONAL, INC.** | **SECTION I/2** |

### ORDER

Considering the motion to sever the maintenance cause of action, filed on behalf of plaintiff,[1]

The Court has reviewed the memoranda of counsel and considered the factors set forth in Hampton v. Daybrook Fisheries, Inc., No. 01-1913, 2002 WL 1974107 (E.D. La. Aug. 27, 2002). In light of the fact that: (1) no recommendation of surgery has been presented to the Court; (2) jury trial is set to commence within four months; (3) the potential for duplicative testimony exists; and (4) defendant has opposed the instant motion, the Court exercises its discretion and declines to sever the maintenance cause of action.

Accordingly,

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, April 28, 2009.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 15.